No. 44946.—Protest 23242–K of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of three-tube horns composed of metal similar to those the subject of Abstract 40185. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 44947.—Protests 28476–K, etc., of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 37637 the spring daggers in question were held dutiable at 45 percent under paragraph 397 as claimed.

No. 44948.—Protest 15072–K of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of daggers similar to those the subject of Abstract 37637. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 44949.—Protest 27120–K of Levin Bros. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of paper play balls similar to those the subject of Abstract 40492. The claim at 35 percent under paragraph 1413 was therefore sustained.

No. 44950.—Protest 995318–G of Levin Bros. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of paper play balls similar to those the subject of Abstract 40492. The claim at 35 percent under paragraph 1413 was therefore sustained.

No. 44951.—Protests 968739–G, etc., of M. Pressner & Co. et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 40493 the squawker balloons in question were held dutiable as manufactures in part of bamboo at 45 percent under paragraph 409 as claimed.

No. 44952.—Protests 926306–G, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of United States v. Wolf (26 C. C. P. A. 243, C. A. D. 23) the microscope sets in question were held dutiable at 45 percent under paragraph 228 as claimed.